**Order entered November 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01352-CV

### GENERAL PACKAGING CORPORATION, Appellant

### V.

### LEONARDO HERNANDEZ GARCIA, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13137-D**

## ORDER

We **GRANT** appellant's November 14, 2014 motion for an extension of time to file a brief. Appellant shall file its brief by **December 19, 2014**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE